IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAGDISH C. LAUL,

    Plaintiff,

v.                                                                          CIV 16-1386 MV/JHR

LOS ALAMOS NATIONAL SECURITY,
LLC,

    Defendant.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

On May 31, 2018, Magistrate Judge Jerry H. Ritter filed his Proposed Findings and Recommended Disposition (*Doc. 28*), in which he recommended that Plaintiff's Motion to Remand (*Doc. 15*) be granted and that this action be remanded to the First Judicial District Court, County of Los Alamos, State of New Mexico. The proposed findings notified the parties of their ability to file objections and that failure to do so waives appellate review. As of today, no objections have been filed and there is nothing in the record indicating that the proposed findings were not delivered.

    **IT IS THEREFORE ORDERED AS FOLLOWS:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (*Doc. 28*) is **ADOPTED**;

2. Plaintiff's Motion to Remand (*Doc. 15*) is **GRANTED**.

3. This case is remanded to the First Judicial District Court, County of Los Alamos, State of New Mexico.

                                                                        UNITED STATES DISTRICT JUDGE